**FILED**

July 13, 2020 2:36 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:   mkc   SCANNED BY: �britized / 7-13



**1:20-cv-633**

Robert J. Jonker
Chief U.S. District Judge

## BEFORE THE DE JURE
## DISTRICT COURT OF THE UNITED STATES OF AMERICA
### [pursuant to Art. Ill, Section 1-2, C.U.S.A.]

**(1).In The Western District Of Michigan [Art. 1, § 2, Clause 3, Art 4, § 4, and Title 28 Ch. 5 ( c )
VIA-P ASSAGIO**

**United States District Court
For The Western District Of Michigan**

In re: The United States or America In The Family of
Nations; The United States Government In The
Family of Nations; The State or Michigan
Republican Form or Government,

Carolyn Burnett
PO BOX 68641
GRAND RAPIDS, MICHIGAN 49516

**CLAIMENT**

Office of Grand Rapids Police Department
**Attention:** Eric Payne, Chief of Police
Sargent Bryant
PO Cubney
1 Monroe Center NW
Grand Rapids MI
U.S.A. 49503

**COUNTER CLAIM FOR COLOR OF LAW
CLAIM FOR CIVIL VIOLATIONS AND DENIAL
OF CONSTITUTIONAL RIGHTS PRIVILEGES AND
IMMUNITIES GUARANTEED BY C. U. S. A.
REPUBLICAN FORM OF GOVERNMENT**

1

SILENCE IS ACQUIESCENCE pursuant FEDERAL RULES OF EVIDENCE RULE 301 Note that a judge is a magistrate and is not the tribunal. The
tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

**Take Notice Judicial Cognizance**
**MANDATORY/NO DISCRETION**
**AFFIDAVIT OF COUNTER-CLAIM**

Statements in affidavits that are not rebutted by opposing party's affidavit or pleadings may be accepted as true by the trial court.
**Winsett v. Donaldson (Mich. 1976) 244 N.W. 2d 355.**

"Indeed, no more than an [Affidavit] is necessary to make prima facie case.
" **United States v. Kis, 658 f, 2d (7th Cir. 1981): certiorari denied, 50 U.S.L.W. 2169. 5.Ct. March 22, 1982**

**JURISDICTION**

Jurisdiction is proper over the defendants, in the Western District of Michigan, United States District Court based upon 28 U.S.C. 1331, in that The districts courts shall have original jurisdiction of all civil actions arising under the constitution, laws, or treaties of the United States, and 28 U.S.C. 1332, in that the amount of controversy asserted herein is in excess of $50,000, and that the controversy is between foreign corporate citizens of a state, the defendants, and private sovereigns of the land, the Petitioners,  and that Article 50 of the International Convention on Civil and Political Rights UN Resolution (2200A) of  such and such date…...which states that "the provisions of the present covenant shall extend to all parts of all federal states, without limitations or exceptions", where Petitioners claim that the defendants did violate our rights and laws within said Covenant, and that Restatement (Third) of Foreign Relations Law of the United States, states at  Restatement § 111, comment d ("As the law of the United States, international law is also the law of every State . . ."); id. § 702, comment c ("The customary law of human rights is part of the law of the United States to be applied as such by State as well as federal courts"); see also Restatement § 111(I) and § 115, comment e; R. Lillich.

**First, suits for prospective relief may be brought directly under a federal statute which creates a private cause of action**, The Cone Corporation v. Florida Dept. Transportation, 921 F. 2d 1190, 1201 (11th Cir.), cert. den. 500 U.S. 942(1991).  Second, suits for prospective relief are brought under 42 U.S.C. § 1983, which creates a federal cause of action for violation of "rights" secured by the federal laws and Constitution. Rosado v. Wyman, 397 U.S. 397 (1970); see R. Capistrano, Enforcing Federal Rights: The Law of Section 1983, 33 Clearinghouse Rev. 217 (1999).

**Under 42 U.S.C. § 1983**, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

**CLAIM of RIGHT**-- brought pursuant **to 42 U.S.C. § 1983 & 42 U.S.C. § 14141 (§ 14141)** -- alleges that the City is liable for equitable relief for a pattern or practice of unconstitutional excessive force, false arrests, false reports, and illegal searches by Grand Rapids Police Department (GRPD) officers. The Complaint need not plead that the City "caused" the unconstitutional pattern or practice, since

§ 14141 imposes vicarious liability on the City for the acts of its officers.

Section 14141 is constitutional because its enactment was a valid exercise of Congressional authority pursuant to § 5 of the 14th Amendment. Section 14141 does not run a foul of the Tenth Amendment because legislation enacted pursuant to § 5 is not subject to Tenth Amendment attack.

**VENUE**

2

Venue is proper under 28 U.S.C. 1391 (e), in that all corporate defendants have their primary corporate headquarters located within the united states, Michigan, western district and private residence within the united states, Michigan, western district. A substantial part of the events giving rise to the claims herein arose within the above mentioned locations.

## STATUS AT LAW

I am, in this instance the Petitioner, I am indigenous to this land now called America, within the meaning of the description of the Draft Declaration of the Inter American Declaration of the Rights of Indigenous Peoples at Article 1 Definition:

In THE UNITED STATES, SOVEREIGNTY RESIDES IN THE PEOPLE, WHO ACT THROUGH THE ORGANS ESTABLISHED BY THE CONSTITUTION. **YICK WO V. HOPKINS, 118 U.S. 356,370**

## STATEMENT OF CLAIM

Now comes Carolyn Burnett Counter Claimant, in propria persona Real Party in Interest, the Falsely Accused and Injured Party, sui juris woman, by way of special appearance, relying upon HAINES V. KERNER, 404 US 519 (1972) and FERETTA V. CALIFORNIA, 422 US 806 acting in the name of We the People and pursuant to Article VI clause 2 of the Constitution of the United States of America, the Supremacy clause,

1. On Feb.23, 2020 I Carolyn a living breathing private woman created by God within here rights traveling south on Sherman se toward fuller Ave, with my 18 month old grandson and my 15 year old son.  On our way to the prayer house.

2. As I approached Sherman at the stop sign a Grand Rapids Police Department (GRPD) service officer made a left tun onto Sherman,  driving ahead of my private vehicle about a fourth of a mile down Grand Rapids Police Department (GRPD) officer pulled over and I signaled to go around.

3. About 2 min later I saw flashing lights.

4. I said to my son I'm not speeding so he can't be pulling me over for that.

5. The police car got closer so I pulled over, wondering why emergency lights were on without probable cause

6. The officer got out his car, walked up to my window I Carolyn rolled the window down about 2in down the officer stated you know your tags are not registered.

7. I responded yes, I am not participating in commerce.

8. The officer said roll your window down more and I responded, "no, I am comfortable with the 2 inches.

9. I stated to him, "I am traveling as it is my right".

10. The officer asked for my license and I stated, I'm not operating in commerce.

11. The officer said step out of the vehicle and I questioned, "why and what did I do"?

12. The officer responded, "get out the car".

3

13. I repeated the questioned why and what did I do, for me to get out I demanded for the sheriff.

14. The officer said, "no he is not going to call for the sheriff and that the sheriff is not coming".

15. I stated, "I will not get out until a sheriff comes".

16. The officer made the request several more times to get out of the car and I responded each time, " I will not get out until a sheriff comes".

17. The officer called for backup and stated over the radio, "we have one of them sovereign citizens".

18. I stated, "I am not a sovereign citizen, and I am standing on my rights as I am righteous".

19. Approximately, 20 min. later three other police cars arrived.

20. All the officers got their car and surrounded my property.

21. The same officer stated, " get out of the car".

22. I replied, "not until the sheriff gets here".

23. The officer stated with a forceful tone, "I said ain't no sheriff coming" I said why are you up tight.

24. I stated, "I am not getting out until a sheriff comes".

25. So, the officer called a Sargent.

26. We waited approximately 25 min. until the sargent arrived.

27. The sargent arrived and approached the window and asked, "where is your license".

28. I stated, " I don't carry a license because I am not participating in commerce".

29. The Sargent stated, "burst her window".

30. I responded, "are you're kidding me, I have my grandson and son in here in the car and  you are ordering them to bring harm on them and me".

31. He responded, "yes".

32. So, the officer took his flashlight/glass breaker and began hitting the window until it caved in.

33. The officer stuck his arm in my private vehicle, unlocked the door, opened my door, yanked me out the seat with great force and said "get on the ground".

34. I responded, "for what, I didn't do anything and I am not getting on the ground".

35. So the officer put his hand behind my neck to force me to the back of my vehicle and told me to spread my legs.

36. He was going to search me and I stated, "you will not search me, you are a man and if you choose to not honor my non-consent to a search then you have the lady cop standing over there do so".

37. The officer said, " I am going to use the back of my hand" and I stated, " no you are not a female and he choose to violate my wishes and continued to search me without my consent".

4

38. I ask the officer, "was I being arrested" and the officer said, "yes".

39. After the search he put me in the cruiser and started search thru my purse.

40. A young man that knew me and my son that was witnessing this event asked the Sargent if he could drive my vehicle to my house.

41. The Sargent said "yes".

42. My two daughters arrived and approached my son and walked to get the baby.

43. The Sargent came over to the cruiser and ask if I was alright.

44. I responded, "no". I felt afraid for my family because they were very un-professional.

45. The Sargent asked the officer if he knew how to write this up he said "yes".

46. The Sargent walked back over to the car.

47. I Saw my daughters communicating with him and then they walked over and asked how I was feeling.

48. The officer said, "I had to go" and he pulled off. Upon arriving at the prison, drove into the garage sat in the car 10-15 min. took me in, the same arresting office search me again without my permission and without a female officer.

49. **Grand Rapids Police Department (GRPD), officers** did willfully, unlawfully and feloniously violate Carolyn Burnett Fourth Amendment rights a citizen and one of the peoples of the Republic of Michigan, by using excessive force, making false arrests, writing false reports, and conducting unlawful searches. Section 5 of the Fourteenth Amendment provides a grant of legislative power to Congress to remedy such conduct by appropriate means because the Fourth Amendment is applicable to States and local governments through the Due Process Clause of the Fourteenth Amendment. Wolf v. Colorado, 338 U.S. 25, 28 (1949); Mapp v. Ohio, 367 U.S. 643 (1961); cf. City of Boerne v. Flores, 521 U.S. 507, 519 (1997).

**This complaint states a valid claim for relief, Complaint alleges that Grand Rapids Police Department (GRPD)** officers did willfully, unlawfully and feloniously engaged in excessive force, false arrests and charges, unlawful searches, and falsifying official reports. **These types of misconduct individually or collectively violate citizens' constitutional rights.** Tennessee v. Garner, 471 U.S. 1 (1985); Graham v. Connor, 490 U.S. 386 (1989); Albright v. Oliver, 510 U.S. 266 (1994); Deitrich v. Burrows, 167 F.3d 1007, 1013 (6th Cir. 1999); Olson v. Tyler, 771 F.2d 277 (7th Cir. 1985); Knowles v. Iowa, 119 S.Ct. 484 (1998); Wyoming v. Houghton, 119 S.Ct. 1297 (1999); Kalina v. Fletcher, 118 S.Ct. 502 (1997); Hill v. McIntyre, 884 F.2d 271, 275 (6th Cir. 1989); Bruning v. Pixler, 949 F.2d 352, 357 (10th Cir. 1991).

The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law", **[Self v. Rhay, 61 Wn (2d) 261]**

Where it was concluded by that court (9th Circuit) that "the people" are not bound by codes, rules regulations and ordinances, being mere private acts of laws, but are inescapably and "forever" bound by the law of the land, being the general laws, and entitled to the free exercise of all processes provided by the general law of the land, which have been protected and secured by the several state constitutions as

5

foundational, organic law and shall never be compromised. [Rodrigues v Secretary of Labor. Donovan. 769 F.2nd 1344 (1985])

To disregard Constitutional law, and to violate the same, creates a sure liability upon the one involved: "State officers may be held personally liable for damages based upon actions taken in their official capacities." **[Hafer v. Melo, 502 U.S. 21 (1991)].**

**ALLEGATIONS:** See Exhibit A

**COUNT I:** Conspiracy against rights.

50. **Grand Rapids Police Department (GRPD)** officers while personating and impersonating law enforcement officers did willfully, unlawfully and feloniously go upon the public road and conspire to injure, oppress, threaten, or intimidate Carolyn Burnett CLAIMENT with intent to prevent or hinder my free exercise and or enjoyment of any right in violation **TITLE 18 § 241.**

**TITLE 18 § 241. Conspiracy against rights.**

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or

If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—

They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

**COUNT II**

51. **Grand Rapids Police Department (GRPD)**, officers while personating and impersonating law enforcement officers, and acting under color of law did willfully, unlawfully and feloniously deprive Carolyn Burnett CLAIMENT of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States.

**18 U.S.C. § 242** makes certain conduct by persons acting "under color of law" that violates citizens' constitutional rights a federal criminal offense.

**TITLE 18 > PART I > CHAPTER 13 > § 242**

**§ 242. Deprivation of rights under color of law**

Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution. Include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse.

6

**Color of law**. The appearance or semblance, without the substance, of a legal right. The term usually implies a misuse of power made possible because the wrongdoer is clothed with the authority of the state. State action is synonymous with color of state law in the context of federal civil-rights statutes or criminal law. See state Action. Cases: Civil Rights 1323. C.J.S Civil Rights 92-94.

**Color of law**. The term does not mean actual law, but means mere semblance of a legal right. (Kinney Law Dictionary). See State ex rel. West v. Des Moines, 96 Iowa, 521, 31 L.R.A. 186, 192, 65 N.W. Rep. 818.

**ELEMENTS OF DEPRIVATION**

**"A Title 42 USC § 1983** claim must present two elements: **(1)** that there was the deprivation of a right secured by the Constitution and **(2)** that the deprivation was caused by a person acting under color of state law." Wittstock v. Mark A. Van Sile, Inc., 330 F.3d 899, 902 (6th Cir. 2003) (quoting Tahfs v. Proctor, 316 F.3d 584, 590 (6th Cir. 2003).

**The Supreme Court has twice upheld the constitutionality of 18 U.S.C. § 242 and its predecessors,** first in Screws v. United States, 325 U.S. 91 (1944), and again in Williams v. United States, 341 U.S. 97 (1950). Both Screws and Williams concerned federal criminal prosecution of local, municipal law enforcement officers for use of excessive force. Since § 242 is constitutional.

**In its order granting the Defendant's motion for summary judgment,** the district court began its analysis by setting forth the elements of a § 1983 claim against an individual state actor as follows:

(1) [the plaintiff] possessed a constitutional right of which she was deprived;

(2) the acts or omissions of the defendant were intentional;

(3) the defendant acted under color of law; and

(4) the acts or omissions of the defendant caused the constitutional deprivation.

Estate of Macias v. Lopez, 42 F. Supp.2d 957, 962 (N.D. Cal. 1999).

The court also stated that, to establish municipal liability, a plaintiff must show that

(1) [the plaintiff] possessed a constitutional right of which she was deprived;

(2) the municipality had a policy or custom;

(3) this policy or custom amounts to deliberate indifference to [the plaintiff's] constitutional right; and

(4) the policy or custom caused the constitutional deprivation.

**COUNT III a:** Color of Law Kidnapping.

   **52.** Grand Rapids Police Department (GRPD) The false arrest constitutes a kidnapping of Petitioner.

**COUNT IV b:** Color of Law Sexual Abuse.

   **53. Grand Rapids Police Department (GRPD),** officers did willfully, unlawfully and feloniously search of Carolyn Burnett CLAIMENT body by Officer Cubney # 147 and refusing to allow a female officer after I requested one constitutes a Deprivation of rights under Color of Law and, subjected Petitioner to aggravated sexual abuse, repeatedly.

7

COUNT V: Fourteenth Amendment Violation

54. **Grand Rapids Police Department (GRPD)**, officers did willfully, unlawfully and feloniously violate the rights of Petitioner by imposing sanction and penalties for the exercising her right to remain silent, her right not to incriminate self.

**DUE PROCESS OF LAW**

The Due Process Clause of the Fourteenth Amendment provides that "[n]o State shall . . . deprive any person of life, liberty, rights or property, without due process of law.

The expressions  'due process of law' and ' law of the land' have the same meaning **** The law 'intended by the constitution is the common law that had come down to us from our forefathers, as it existed and was understood and administered when that instrument was framed and adopted. **[State v. Doheny, 60 Maine 504. 509 (1872)].**

It is manifest it was not left to the legislative power to exact any process which might be devised. The due process article is a restraint on the legislative as well as the executive and judicial powers of government, and cannot be so construed s to leave congress free to make any process "due process of law" by its mere will." **[Murray's Lessee v. Hoboken Imp. Co., 18 How. (59 U.S.) 272, 276 (1855)].**

Where, as here, an ordinance "does not proscribe fundamental liberties," it may "nonetheless violate the Due Process Clause where it imposes burdens without any rational basis for doing so." **[Sheffield v. City of Fort Thomas, 620 F.3d 596, 613 (6th Cir.2010) (quoting United States v. Comstock, 560 U.S. 126, 150 (2010)]**

COUNT VI: Subjected to jeopardy of life and limb without an indictment.

55. **Grand Rapids Police Department (GRPD)**, While armed with weapons did willfully, unlawfully and feloniously subject Carolyn Burnett CLAIMENT to jeopardy of life and limb, including the breaking of window to enter Automobile unlawfully for the repeated molestation of Petitioner.

**Amendment V.**

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb, nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use without just compensation.

**COUNT VII:** No Just Compensation.

56. **Grand Rapids Police Department (GRPD)**, did willfully, unlawfully and feloniously Destroy the Private Property of Carolyn Burnett without providing just compensation with the breaking of window to enter Automobile unlawfully.

**Amendment V.**

No person shall be deprived of life, liberty, rights or property, without due process of law; nor shall private property be taken for public use without just compensation.

8

SILENCE IS ACQUIESCENCE pursuant FEDERAL RULES OF EVIDENCE RULE 301 Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

**COUNT VIII:** Illegal search and seizure/no valid warrant.

57. **Grand Rapids Police Department (GRPD)**, did willfully, unlawfully and feloniously violate the rights of Carolyn Burnett CLAIMENT to be secure, against unreasonable search and seizure of their persons, houses, papers, and effects.

**Unlawful Searches:** The Fourth Amendment prohibits "unreasonable searches." See, e.g., Knowles v. Iowa, 119 S.Ct. 484 (1998)

**The security of one's privacy against arbitrary intrusion by the police** -- which is at the core of the **Fourth Amendment** -- is basic to a free society. It is therefore implicit in 'the concept of ordered liberty' and as such enforceable against the States through the Due Process Clause [of the Fourteenth Amendment].

**Failure to secure a valid court order must be punishable for those conducting a search or seizure without it**, if the rights of the Fourth Amendment of the U.S. Constitution are to be maintained. If no penalty will be ever attached to a failure to seek a warrant, as distinguished from the officer making their own, correct, determination of probable cause, warrants will never be sought.  U.S. v. Mason, 290 F.Supp. 843 (1968)

**Amendment IV.**

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

**Michigan Constitution Article 1 Section 8 Search and seizure.**

8. The person, houses, papers and possessions of every individual shall be secure from unreasonable searches and seizures; and no warrant to search any place, or to seize any person or things, shall issue without describing them, nor without probable cause, supported by oath or affirmation.

**COUNT IX:** Enumerated rights and violated unalienable rights.

58. **Grand Rapids Police Department (GRPD)**, did willfully, unlawfully and feloniously deny the rights of Carolyn Burnett CLAIMENT, using state statues and codes and hidden contracts to enumerate their rights to life, liberty, rights and the pursuit of happiness.

**Amendment X.**

The enumeration in the Constitution of certain rights shall not be construed to deny or disparage others retained by the people.

**COUNT XI:** Assault and Battery

59. **Grand Rapids Police Department (GRPD)** the breaking of window to enter Automobile unlawfully along with, illegal arrest is an assault and battery against Carolyn Burnett. "An illegal arrest is an assault and battery. The person so attempted to be restrained of his liberty has the same right, and only the same right, to use force in defending himself as he would have in repelling any other assault and battery." State v. Robinson 145 Me. 77,72 Atl. 2d 260, 262 (1950).

"The offense of resisting arrest, both at common law and under statute, presupposes a lawful arrest. It is axiomatic (self-evident) that every person has the right to resist an unlawful arrest. In such case the person

9

attempting the arrest stands in the position of a wrongdoer and may be resisted by the use of force, as in self-defense." State v. Mobley 240 N.C. 476, 83 S.E. 2d 100,102 (1954).

**COUNT XII:** Trick or scheme and Fraudulent Statement/ Entries Generally

60. **Grand Rapids Police Department (GRPD)** officers did willfully, unlawfully and feloniously falsified their report, to conceal, and covered up their tricks, scheme and device in order to cover up unlawful practices against Carolyn Burnett.

**False Reports:** The Fourth Amendment is violated when police intentionally fabricate information contained in documents such as warrants or police reports. See Kalina v. Fletcher, 118 S.Ct. 502 (1997) (prosecutor may be liable under.

**TITLE 18 > PART I > CHAPTER 47 > § 1001**

**§ 1001. Statements or entries generally**

(a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully—

(1) falsifies, conceals, or covers up by any trick, scheme, or device a material fact.

(2) makes any materially false, fictitious, or fraudulent statement or representation; or

(3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title or imprisoned not more than 5 years, or both.

(b) Subsection (a) does not apply to a party to a judicial proceeding, or that party's counsel, for statements, representations, writings or documents submitted by such party or counsel to a judge or magistrate in that proceeding.

(c) With respect to any matter within the jurisdiction of the legislative branch, subsection (a) shall apply only to—

(1)administrative matters, including a claim for payment, a matter related to the procurement of property or services, personnel or employment practices, or support services, or a document required by law, rule, or regulation to be submitted to the Congress or any office or officer within the legislative branch; or

(2) any investigation or review, conducted pursuant to the authority of any committee, subcommittee, commission or office of the Congress, consistent with applicable rules of the House or Senate.

**COUNT XIII:** False Arrest

61. **Grand Rapids Police Department (GRPD)**, officers did willfully, unlawfully and feloniously commit against Carolyn Burnett to false Arrest.

**COUNT XIV:** Involuntary Servitude

10

62. **Grand Rapids Police Department (GRPD)**, officers did willfully, unlawfully and feloniously commit Petitioner, to involuntary servitude which includes rape and Sodomy of her person without Petitioner, having committed a crime and to have been duly convicted of that crime.

**Amendment XIII**

**Section 1. Neither slavery nor involuntary servitude,** except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Section 2. Congress shall have power to enforce this article by appropriate legislation.

**COUNT XV:** Domestic Terrorism

63. The Violation of 42 U.S.C. § 14141 in the pattern or practice of police abuse, unconstitutional excessive force, false arrests, false reports, and illegal searches by **Grand Rapids Police Department (GRPD) officers** constitutes domestic terrorism.

**ARTICLE FOUR**
**Section 4.**

The United States shall guarantee to every State in this Union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

**DOMESTIC TERRORISM**

There is no single, universally accepted definition of terrorism. Terrorism is defined in the Code of Federal Regulations as "...the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives." (28 C.F.R. Section 0.85)

**TITLE 18 > PART I > CHAPTER 113B > § 2331**

§ 2331. Definitions

(5) the term "domestic terrorism" means activities that—

(A) involve acts dangerous to human life that are a violation of the criminal laws of the United States or of any State;

(B) appear to be intended—

(i) to intimidate or coerce a civilian population;

**COUNT XVI:   Breach Of Fiduciary Duty**

64. I Carolyn Burnett affirm that all **Grand Rapids Police Department (GRPD)** officers are Trustees of the Public Trust and bound by oath to obey the Constitution of The United States of America and the State.

**PUBLIC OFFICERS AND EMPLOYEES ARE PUBLIC TRUSTEES AS FIDUCIARIES OF THE PUBLIC TRUST**

11

SILENCE IS ACQUIESCENCE pursuant FEDERAL RULES OF EVIDENCE RULE 301 Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

**63C Am.Jur.2d, Public Officers and Employees, §247** "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

**5 CFR § 2635.101 - Basic obligation of public service.**

**§ 2635.101 Basic obligation of public service**.

> (a) Public service is a public trust. Each employee has a responsibility to the United States Government and its citizens to place loyalty to the Constitution,

> (b) laws and ethical principles above private gain. To ensure that every citizen can have complete confidence in the integrity of the Federal Government, each employee shall respect and adhere to the principles of ethical conduct set forth in this section, as well as the implementing standards contained in this part and in supplemental agency regulations.

> (b) General principles. The following general principles apply to every employee and may form the basis for the standards contained in this part. Where a situation is not covered by the standards set forth in this part, employees shall apply the principles set forth in this section in determining whether their conduct is proper.

> (1) Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain.

**Breach of Fiduciary Duty;** Breach of trust is a trustee's failure to act in accordance with the terms of the trust or the trustee's general fiduciary obligations. The trustee is subject to removal in the case of breach of trust and also creates personal liability. Whether or not the violation was willful, fraudulent, negligent, or inadvertent, a trustee is said to have committed breach of trust if a duty imposed on him/her by equity was violated

**Furthermore**, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute.

**See [United States v. Dial, 757 F.2d 163, 168 (7th Cir1985)]** the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, the judge, in reference to litigants who appear before him and he deliberately concealed material information from them, he was guilty of fraud. [McNally v United States 483 U.S.350 (1987)]

**COUNT: XVII Violation of Oath**

> 65. **Grand Rapids Police Department (GRPD)**,et al, having taken an oath to support and defend the United States and the United States Constitution, did willfully and knowingly violate said oath by violating the constitutional Rights of Sovereign American Citizens by not up holding his/her constitutional Rights which is a felony.

**In America the police officer's oath originates within the United States Constitution (Appendix A).**

The title of executive officers mentioned in the constitution refers to police officers working under the executive branch of the government. In the United States Constitution under Article IV it states:

12

"The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and the several States, shall be bound by Oath or Affirmation, to support this Constitution..."

### (U. S. Constitution 1787)

The State of Michigan also covers language requiring an oath of office before entering upon the duties of a police officer. Article XI, sec.1 in the Constitution of the State of Michigan (Appendix B), states; "All officers, legislative, executive and judicial, before entering upon the duties of their respective officers, shall take and subscribe the following oath or affirmation:

I do solemnly swear (or affirm) that I will support the Constitution 7 of the United States and the constitution of this state, and that I will faithfully discharge the duties of the office of _____ according to the best of my ability..."

### (Constitution of the State of Michigan 1835)

It is quite clear that both the U. S. Constitution and the Michigan Constitution hold police officers and politicians accountable for their actions.

If the oath is such an important word and referred to in both Constitutions, it is our job to know and understand what this word means.

### The American Dictionary of the English Language, define an oath as:

"A solemn affirmation or declaration made with an appeal to God for truth of what is affirmed. The appeal to God in an Oath, implies that the person imprecates his vengeance and renounces his favor if the declaration is false, or if the declaration is a promise, the person invokes the vengeance of God if he should fail to fulfill it. A false oath is called perjury." Matthew 5:33-37 Don't break your Oath, but fulfill to the Lord the vow you have made. James 5:12 Do not swear by Heaven are by earth, or anything, all you need to say is yes are no

### Michigan Constitution Official oath or affirmation, form.

Members of the legislature, and all officers, executive and judicial, except such inferior officers as may by laws be exempted, shall, before they enter on the duties of their respective offices, take and subscribe the following oath or affirmation: "I do solemnly swear, or affirm, (as the case may be) that I will support the constitution of the United States and the constitution of this state, and that I will faithfully discharge the duties of the office of _____ according to the best of my ability." And no other oath, declaration, or test shall be required as a qualification for any office or public trust.

**Grand Rapids Police Department (GRPD),** Trustee of the Public Trust for the CITY OF GRAND RAPPIDS MICHIGAN did willfully, unlawfully and feloniously violate Official oath, when they deprived Carolynl Burnett of her constitutionally guaranteed rights, following oath or affirmation: "I do solemnly swear, or affirm, that I will uphold the constitution of the United States and the constitution of this state of Michigan.

### TITLE 18 > PART I > CHAPTER 79 > § 1621 Perjury generally

**Whoever—**

13

SILENCE IS ACQUIESCENCE pursuant FEDERAL RULES OF EVIDENCE RULE 301 Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).

(1) having taken an oath before a competent tribunal, officer, or person, in any case in which a law of the United States authorizes an oath to be administered, that he will testify, declare, depose, or certify truly, or that any written testimony, declaration, deposition, or certificate by him subscribed, is true, willfully and contrary to such oath states or subscribes any material matter which he does not believe to be true; or

(2) in any declaration, certificate, verification, or statement under penalty of perjury as permitted under section 1746 of title 28, United States Code, willfully subscribes as true any material matter which he does not believe to be true.

is guilty of perjury and shall, except as otherwise expressly provided by law, be fined under this title or imprisoned not more than five years, or both. This section is applicable whether the statement or subscription is made within or without the United States.

## VIOLATION OF OATH OF OFFICE

Federal law regulating oath of office by government officials is divided into four parts along with an executive order which further defines the law for purposes of enforcement. **5 U.S.C. 3331**, provides the text of the actual oath of office members of Congress are required to take before assuming office. **5 U.S.C. 3333** requires members of Congress sign an affidavit that they have taken the oath of office required by **5 U.S.C. 3331** and have not or will not violate that oath of office during their tenure of office as defined by the third part of the law, **5 U.S.C. 7311** which explicitly makes it a federal criminal offense (and a violation of oath of office) for anyone employed in the United States Government (including members of Congress) to "advocate the overthrow of our constitutional form of government". The fourth federal law, 18 U.S.C. 1918 provides penalties for violation of oath office described in **5 U.S.C. 7311** which include: (1) removal from office and; (2) confinement or a fine.

### 5 USC 7311: Loyalty and striking

### §7311. Loyalty and striking

An individual may not accept or hold a position in the Government of the United States or the government of the District of Columbia if he-

(1) advocates the overthrow of our constitutional form of government.

"Economic necessity cannot justify a disregard of Constitutional guarantee.**" [Riley vs. Carter, 79 ALR 1018; 16 Am. Jur].** (2nd), Const. Law, Sect. 81.

"Disobedience or evasion of a Constitutional Mandate cannot be tolerated, even though such disobedience may, at least temporarily, promote in some respects the best interests of the public." **[Slote vs. Examination, 112 ALR 660].**

Affiant Carolyn Burnett reserves the right to amend claim.

## DEMAND FOR ARREST

Pursuant to the Laws of the United States, We the People DEMAND the arrest of the above named felons.

14

Pursuant to the statutes herein, in particular the Laws of the United States in general, We the People DEMAND that you pursue and prosecute ALL ET AL offenders that have violated their Oath of Office and the Laws of the United States.

## DEMAND FOR SEIZURE OF EVIDENCE

Pursuant to the Laws of the United States, We the People DEMAND the seizure and impound of ALL books, body cam, records, prison photos, warrants taken off file and fraudulent claims made by the fictitious plaintiff, THE STATE OF MICHIGAN on the account of ALL municipalities, Counties/Townships as evidence of the ongoing felony.

## WARNING

Should any person try to cover up the felony complained of herein, BE YOU HEREBY PUT ON NOTICE: You may be indicted under USC Title 18 sections 3, 4, 241, 242, 2381, 2382, 2383 and 2384.

**CLAIMENT,** being first truly sworn, states that he has knowledge of the felonies herein complained of: that it is not submitted to be vexatious, but to obtain imperative JUSTICE.

**IN WITNESS WHEREOF** I verify under penalty of perjury that the foregoing is true and correct, under my hand and seal. Executed per **Title 28 U.S.C. Section 1746(1).**

Sincerely, Without Prejudice

By: Carolyn Burnett

ALL RIGHTS RESERVED UCC 1-308, .

**JURAT**

State of Michigan)

) ss.

County of Kent)

SUBSCRIBED and AFFIRMED before Me. A Notary Public residing in KENT county, the State of Michigan.  The above Signatory (Trustee) appeared, known by Me and identified himself, and affixed His signature hereto, the 13th day of July , 2020.

Notary Public signature

Jan. 10, 2025

My commission expires:

LATRICIA LOMAX
Notary Public - State of Michigan
County of Kent
My Commission Expires Jan 10, 2025
Acting in the County of Kent

**True Bill**

1. Denied right of liberty _____$200,000.00  5th Amendment

2. Enforced bill of attainder, pains & penalties_____$200,000.00 U.S.A. Const. Article 1 Sec. 10

3. Enforced ex post facto law _____$200,000.00 U.S.A Constitution Article 1 Section 10

15

4. Impairing the obligation of contracts_____$200,000.00 U.S.A Constitution Aritcle 1 Section 10

5. Unlawful search without a warrant_____$200,000.00 4th Amendment

6. Unlawful seizure _____$250,000.00 4th Amendment violation

7. Excessive fine; Cruel & unusual punishment _____ $200,000.00 8th Amendment

8. Powers reserved to the people _____$200,000.00 10th Amendment

9. Conspiracy against rights_____ $10,000.00 USC Title 42 Section 1985

10. Deprivation of rights under the colour of law_____$10,000.00 USC Title 42 Section 1983

11. Violation of property rights_____$10,000.00 USC Title 42 Section 1982

12. Violation of due process_____$250,000.00 14th Amendment

13. Fraudulent statements and representation_____$10,000.00 (x3) USC Title 18 Section 1001 violation

**SUB-TOTAL**   1,940,000.00
FRAUD: X3
TOTAL:   $ 5,820,000.00

16

SILENCE IS ACQUIESCENCE pursuant FEDERAL RULES OF EVIDENCE RULE 301 Note that a judge is a magistrate and is not the tribunal. The tribunal is either the sovereign himself, or a fully empowered jury (not paid by the government).